IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ETHOR IP CORPORATION,**<br>　　　　Plaintiff<br><br>　　　　v.<br><br>**HUNGERRUSH LLC f/k/a REVENTION, MENUFY.COM LLC,** and **MENUFY.COM LLC f/k/a ORDERINGIN.COM LLC**<br>　　　　Defendant(s) | **CASE NO. 4:23-cv-00913-CRE**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the parties, Plaintiff Ethor IP Corporation ("Ethor") and Defendants HungerRush LLC f/k/a Revention, Menufy.com LLC, and Menufy.com LLC f/k/a Orderingin.com LLC (collectively, "HungerRush") jointly stipulate that Plaintiff's claims in this action are voluntarily dismissed with prejudice.

The parties agree that each party shall bear its own costs, expenses, and attorneys' fees.

Dated July 6, 2023　　　　　　　　　　Respectfully submitted,

By: */s/ Jennifer Tatum Lee*　　　　　　By: *Lacy G. Brown*
Jennifer Tatum Lee　　　　　　　　　　Lacy G. Brown
Attorney-In-Charge　　　　　　　　　　Lacy.brown@hoganlovells.com
jennifer@clands.com

Texas Bar No. 24046950
SD TX Bar No. 1114390
Cabrach J. Connor
cab@clands.com
Texas Bar No. 24036390
SD TX Bar No. 399291
Sergio R. Davila
Sergio@clands.com
State Bar No. 24079795
SD TX Bar No. 1428795
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060 Telephone
888.387.1134 Facsimile

**Attorneys for Plaintiff Ethor IP Corporation**

Texas Bar No. 24080906
Hogan Lovells US LLP
609 Main Street
Suite 4200
Houston, TX 77002
Telephone +1 (713) 632-1417
Facsimile +1 (713) 632-1401

Joseph Raffetto
Joseph.raffetto@hoganlovells.com
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone +1 (202) 637-5600
Facsimile +1 (202) 637-5910

**Attorneys for Defendants HungerRush LLC f/k/a Revention, Menufy.com LLC, and Menufy.com LLC f/k/a Orderingin.com LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing document via electronic mail on July 6, 2023 as follows:

Lacy G. Brown
Hogan Lovells US LLP
609 Main Street
Suite 4200
Houston, TX 77002
Lacy.brown@hoganlovells.com
Telephone +1 (713) 632-1417
Facsimile +1 (713) 632-1401


Joe Raffetto
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW

Washington, DC 20004-1109
[Joseph.raffetto@hoganlovells.com](mailto:Joseph.raffetto@hoganlovells.com)
+1 (202) 637-5600
Fax: +1 (202) 637-5910

        */s/ Jennifer Tatum Lee*
        Jennifer Tatum Lee